| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>7/12/2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH RAY MITCHELL

    Defendant.

Case No. 2:22-CR-00117 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KENNETH RAY MITCHELL</u> – Case No.: <u>2:22-CR-00117 JAM;</u> Charge: <u>18 U.S.C. § 3606</u> – from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

__X__ (Other): <u>Defendant sentenced to a term of imprisonment of TIME SERVED.</u>

Issued at Sacramento, California on 7/12/2022 at 9:57 AM.

By: _/s/ John A. Mendez_

John A. Mendez, U.S. District Court Judge